AO 442 (Rev. 11/11) Arrest Warrant

FID# 1375572

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

RECEIVED
UNITED STATES MARSHAL
12:17 pm, Jun 30 2025
DISTRICT OF SOUTH CAROLINA
COLUMBIA

United States of America
v.
Mayo Pickens

Defendant

Case No. 8:25mj40

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Mayo Pickens
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. 841(a)(1), 841(b)(1)(C), possess with intent to distribute cocaine



Date: 6/30/2025

Issuing officer's signature

City and state:   Greenville, South Carolina

William S. Brown, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 6/30/25, and the person was arrested on *(date)* 6/30/25
at *(city and state)*

Date: 7-1-25

Arresting officer's signature

J. Chris Smart
*Printed name and title*